IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA**

vs.  Docket No. 2:13cr13KS-MTP-2

**TIMOTHY SHANE BRYANT**

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On February 5, 2018, the defendant appeared before the Court after successful completion of the U.S. District Court Re-entry Court Program for the Southern District of Mississippi and as such, is now eligible for a reduction in his supervised release time in the amount of 20 percent.

In the Judgment and Commitment Order dated December 9, 2013, Bryant was sentenced to a term of imprisonment of 30 months to be followed by a term of supervised release of 5 years.

It is the order of the Court that Bryant's term of supervised released be reduced by twelve months. His new term of supervised release is now 48 months with his final discharge date being October 29, 2019.

SO DATED, this the ___30th___ day of ___January___, 2018.

_s/Keith Starrett_
Keith Starrett, United States District Judge